## Townsend Trust.

Argued January 5, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

168

*George W. Keitel,* Deputy Attorney General, with him *R. Paul Lessy* and *James H. Duff,* Attorney General, for appellant.

*John C. Noonan,* with him *Harold D. Greenwell,* for appellee.

PER CURIAM, March 20, 1944:

The decree of the court below in the above-entitled case is affirmed on the opinion of Judge ERVIN, appellant to pay the costs.